the appeal from the order denying plaintiff's motion for a new trial is dismissed, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of RICHARD CARTON, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said RICHARD CARTON in the Position of Carpenter in the Department of Public Works of Said City and to Remove EUGENE MULLINS from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of WILLIAM CHAMBERLAIN, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said WILLIAM CHAMBERLAIN in the Position of Laborer on Garbage and Ashes in the Department of Public Works of Said City and to Remove " JOHN " THOMPSON, the First Name " John " Being Fictitious, True First Name Unknown to Petitioner, from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JAMES GANSON, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said JAMES GANSON in the Position of Laborer on Garbage and Ashes in the Department of Public Works of said City and to Remove CHARLES SLATER from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. MARY E. MACGREADY and GRACE KELLY, General Guardians of MURIEL MACGREADY and DONALD MACGREADY, Appellants; LOUISE MACGREADY, as Executrix, etc., of WILLIAM MACGREADY, Deceased, Respondent.* (Appeal No. 1.) — Order of the Surrogate's Court of Queens county denying motion for a new trial on the ground of newly-discovered evidence affirmed, without costs. No opinion. Lazansky, P. J., Tompkins and Davis, JJ., concur; Young and Hagarty, JJ., dissent.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. MARY E. MACGREADY and GRACE KELLY, General Guardians of MURIEL MACGREADY and DONALD MACGREADY, Appellants; LOUISE MACGREADY, as Executrix, etc., of WILLIAM MACGREADY, Deceased, Respondent. (Appeal No. 2.)†— Decree of the Surrogate's Court affirmed, without costs. No opinion. Lazansky, P. J., Tompkins and Davis, JJ., concur; Young and Hagarty, JJ., dissent and vote for reversal and a new trial.

In the Matter of the Application of RAYMOND A. MILLS, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate

*Appeal dismissed, 262 N. Y. 636.       †Affd., 263 N. Y. 531.